UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO RESOURCES, LLC, a Delaware Limited Liability Company,<br><br>                                    Plaintiff,<br><br>v.<br><br>KING AEROSPACE COMMERCIAL CORPORATION, INC., a Texas Corporation,<br><br>                                    Defendants. | Case No.:  21cv0528 DMS(DEB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on April 27, 2021.  Brian Wolf and Todd Eagan appeared for Plaintiff, and Michael Terhar and Jonathan Hembree appeared for Defendant.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.      Defendant shall file its motion to dismiss on or before **May 27, 2021**.

Dated:  April 27, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28