

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ohio Resources LLC, a Delaware Limited Liability Company<br><br>**Plaintiff,**<br>V.<br><br>King Aerospace Commercial Corporation, Inc., a Texas Corporation<br><br>**Defendant.** | **Civil Action No.** 21-cv-00528-DMS-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is granted. Plaintiff's Complaint is hereby dismissed. Case is closed.

Date: 8/13/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ Z. Akindipe
　　　　　　　　　Z. Akindipe, Deputy